# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3209

_____

| | | |
|---|---|---|
| James M. Rush, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Metropolitan Council Transit | * | |
| Operations, a political subdivision, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: June 15, 2001
Filed: July 5, 2001

_____

Before WOLLMAN, Chief Judge, MAGILL, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

James M. Rush appeals the district court's[1] grant of summary judgment for the Metropolitan Council Transit Operations ("MCTO") in Rush's employment discrimination action. Rush alleged that the MCTO refused to hire him because it regarded him as disabled within the meaning of the Americans with Disabilities Act and the Minnesota Human Rights Act. The district court concluded that the MCTO did not

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

regard Rush as disabled because the MCTO's decision that Rush was unable to perform one job, that of part-time bus driver, did not support a conclusion that he was limited in the substantial life activity of "working."

After a careful examination of the record, this court finds that the district court correctly granted summary judgment in favor of the MCTO. Accordingly, we affirm for the reasons stated in the district court's thorough opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.